AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION  ☐ APPEAL | COURT NAME AND LOCATION<br>United Stated District Court - Central District of California |
|---|---|
| DOCKET NO.<br>8:21CV00860-TJH | DATE FILED<br>5/7/2021 |
| PLAINTIFF<br>STRIKE 3 HOLDINGS, LLC | DEFENDANT<br>JOHN DOE subscriber assigned IP address 99.113.209.146 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | SEE ATTACHED | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | . | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☒ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☒ No | DATE RENDERED<br>3/23/2022 |
|---|---|---|
| CLERK<br>KIRY K. GRAY | (BY) DEPUTY CLERK<br>S. Hall-Brown | DATE<br>3/23/2022 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Exhibit A to the Complaint

Location: Irvine, CA
Total Works Infringed: 41

IP Address: 99.113.209.146
ISP: AT&T U-verse

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: A1FBF9FA06D59407A7CEF3464FAE8BDDD2D3A6FC<br>File Hash: 1742B55E50531BB23E668002AFFA43854809C05D5D287656B79BCA5673079C78 | 04/24/2021 20:13:26 | Blacked | 12/26/2019 | 01/27/2020 | PA0002223955 |
| 2 | Info Hash: 2678EAFEAA17B13F3E03CAFA1C750650C263DB4E<br>File Hash: 65C37E3445FC8D4C631ADD92D2B928D7799AB4561E16527E1493EE6868429BB3 | 04/24/2021 20:00:38 | Blacked | 12/06/2019 | 12/17/2019 | PA0002217665 |
| 3 | Info Hash: FDC14DE809A9F035BDA73E3AA5AD10683E0C1D74<br>File Hash: B43008A59B2398049CA182B231087CF243B969AEA25B8C5DAD78AAC83CE2A539 | 04/24/2021 20:00:20 | Blacked | 11/01/2017 | 11/27/2017 | PA0002098034 |
| 4 | Info Hash: 247D5BFC2872B66EFCE8DE06D603BEC84B6D4213<br>File Hash: B57DF51A296DC176E770056FD67CB99BD3C012A51B7570A5323BA8BF6251B668 | 04/24/2021 10:41:58 | Blacked | 01/10/2018 | 01/15/2018 | PA0002070942 |
| 5 | Info Hash: 0B265A8760549C0558DE9E32BBA3AF1EAE69BED0<br>File Hash: 19BCD5DDED5FC0ADF29933EE3B2C45CA3AAE6785B6507137BAE83015E5D5BC32 | 04/24/2021 10:41:50 | Blacked | 07/29/2017 | 08/11/2017 | PA0002046872 |
| 6 | Info Hash: AFFD3B400B55E881A7FE6B15CD115E4071504E91<br>File Hash: 16E23EFDB62537DA080070771BCA923FF3112205F25CC4FAA98E204E004BA52E | 04/24/2021 10:41:44 | Blacked | 06/19/2017 | 07/07/2017 | PA0002070823 |
| 7 | Info Hash: 74B6C4B2142320EF173D23A437202D324DB588BF<br>File Hash: A3DF8C921FB6A10C3FB6324B17383D1C711F4D7A024F3A50CAE1367F126CDAE0 | 04/24/2021 07:39:11 | Blacked | 01/23/2021 | 02/09/2021 | PA0002276146 |
| 8 | Info Hash: 1ECBCF806231C5865B5FDD79F305D3F6F2523643<br>File Hash: 1FFE79BCC6EC1718909F562124EB13A365FFEA0444CAC6BA156B53B74A8DA9D1 | 04/24/2021 07:38:55 | Blacked | 06/06/2020 | 06/22/2020 | PA0002245636 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 1902DE7B974CAE62FB7A5DE639C19031FC126C4B<br>File Hash: 781B373FEF7FD1DB9FFCC80BE5795BB9A4321D3C081FC38E6B983D49B1551E4A | 04/24/2021 07:38:18 | Blacked | 07/25/2020 | 08/11/2020 | PA0002252256 |
| 10 | Info Hash: 4A93398EB5ECE616DF21923FB28625BCDC4EA621<br>File Hash: 7C7F9C0532FF5482A699CB56403DD277ED894AC887E92182DFF5CC2A51237CED | 04/24/2021 07:38:09 | Blacked | 08/03/2017 | 08/17/2017 | PA0002077671 |
| 11 | Info Hash: A913010CC1A52DF3AC722D912B514555FDAD4B64<br>File Hash: E01C8945D9DF91147AC85BFC8ECD9BB7F670798BD9B93BC5963C4B51862E567D | 04/23/2021 15:54:31 | Blacked Raw | 11/21/2018 | 12/18/2018 | PA0002141915 |
| 12 | Info Hash: E181BB60B0891C778C8B80EEBA441E227C455A4D<br>File Hash: 842E2BF56706C6B3832A19291B4D9EDEF8B56BB966A464AA395B44BBA369F8A6 | 04/23/2021 15:41:24 | Blacked Raw | 07/06/2020 | 07/20/2020 | PA0002248962 |
| 13 | Info Hash: 875522E0A8FC7A46312644F40AE9C5C840E9B08E<br>File Hash: E4A470B8408AB7A80602AA948A9551FB5DE1F7911F885221F1745B3879007523 | 04/23/2021 15:41:18 | Blacked Raw | 12/23/2017 | 01/15/2018 | PA0002099706 |
| 14 | Info Hash: 05D95CD679ABCD67EBE4718DEEDA404A7DB6CEDB<br>File Hash: 4F470F32D11369D08E54527D1695A95F815511B981A7DD2A08F137454EF79547B | 04/23/2021 15:41:12 | Blacked Raw | 05/22/2019 | 07/17/2019 | PA0002188299 |
| 15 | Info Hash: 519B912FC07154CEE0B5E2B8F3F3497D4536F516<br>File Hash: F3C5F0F912A2629A60A82F46C86E0CD2953543B7EBD73649332D4082672C9731 | 04/23/2021 12:34:43 | Blacked Raw | 09/28/2020 | 10/22/2020 | PA0002261800 |
| 16 | Info Hash: BEC9DB1764FE6DFA3DC9C9674C0B55D178AA9C8A<br>File Hash: 4E816D0B9A8AD90A3E4EDF01FA56E83EA938CC65139954CDC73A8801DAAB002B | 04/19/2021 17:19:30 | Blacked Raw | 02/06/2020 | 02/20/2020 | PA0002229053 |
| 17 | Info Hash: F819E9FAF6FA9E35BD7483238D40A9B0BCAF938C<br>File Hash: 20684FFA37B8B563623CE808629D6DD246B480568E04AC11AE059E884F51EDA | 04/19/2021 04:27:16 | Blacked Raw | 09/14/2020 | 09/29/2020 | PA0002258688 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: FB6E2922CB4A507A89BC3061DC947A77E2A3483A<br>File Hash: F1A108E7915F3893626668F747AC2294B639E966423FEAE9AD57E9030217051 | 04/19/2021 04:21:06 | Blacked Raw | 06/22/2020 | 07/16/2020 | PA0002248579 |
| 19 | Info Hash: 36236DF80E3789C32873A3E74D3DCB69631784C2<br>File Hash: 70806399018E56298A47B688B4698CA2EE25DB127EAC494D09B1B5008E0E7AC | 04/17/2021 00:11:33 | Blacked Raw | 04/12/2021 | 04/27/2021 | PA0002288983 |
| 20 | Info Hash: 355B946D7BAECA20A27DF6E5758033D2D1AA36D2<br>File Hash: 43E53F7A6910B7FC77CA0705ACAFDC90C0E69E3F02967C85B138D41EE359DB88 | 04/14/2021 04:46:22 | Vixen | 10/31/2019 | 11/15/2019 | PA0002211917 |
| 21 | Info Hash: 75EACE9CA719288B52B64D4D05A349BAA09542B2<br>File Hash: 8789678992DCF14336251C54773CBD716197010477909F5BD6930C47A9F234E8 | 03/31/2021 04:26:13 | Blacked Raw | 03/29/2021 | 04/14/2021 | PA0002286726 |
| 22 | Info Hash: A336696E808574CA1ECCACA1E080D6993CE3E408<br>File Hash: 76ACEB0964E0FBDF7535C99F405DC85A8F13DF4C35810F11890C0E5815A50F07 | 03/21/2021 04:45:28 | Blacked Raw | 03/15/2021 | 03/22/2021 | PA0002282515 |
| 23 | Info Hash: 23F3281238E8C2B9F46A06DE03A1DD56C2FE4183<br>File Hash: F183EF0FD677D5E3B3A74E652AA19DA5A9D35A6F741282153C37E44C88A3A62C | 01/27/2021 06:02:04 | Blacked Raw | 01/25/2021 | 02/09/2021 | PA0002276145 |
| 24 | Info Hash: 592CC90904C53EF2703DB9CFE9C4184C72214506<br>File Hash: 23D54B2543E07A11C8AE2914890F822A39159C9D5F9AD4C7BD1A1703C95626AB | 01/09/2021 21:00:44 | Blacked | 01/02/2021 | 01/05/2021 | PA0002269954 |
| 25 | Info Hash: DEE5DEEAA21BCF2A36DCCC02424FF1AAF59FAAED<br>File Hash: 16B2E27DF478C9F5A038464E642EB09626E7F270FC8E16614ECCA04564FE911A | 12/24/2020 02:00:45 | Blacked | 12/19/2020 | 01/05/2021 | PA0002269959 |
| 26 | Info Hash: 7A55D40C0AC6D4D98039ED938F88F0ECE565C3C2<br>File Hash: 13695C39A914DBC94B480E90A90A2B1226545E984E809BB8E11D7D0E88677BF0 | 12/24/2020 01:56:02 | Blacked Raw | 12/21/2020 | 01/05/2021 | PA0002269958 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: E75DBA0655ED0539A3E3C83394A5A123D8198889<br>File Hash: 18F7A4DAC3D26DC3D3FB59E63DE53E8520FD4A264l7584F1BFE7A035F9240407 | 12/18/2020 04:33:45 | Blacked Raw | 12/14/2020 | 12/28/2020 | PA0002269086 |
| 28 | Info Hash: E4B00AE668D5290F2E90359D6C9C729109EA8C5B<br>File Hash: 03317F01F65AC061627B798155AE6C1B67DC3AFF89BCDF13687CF2A0FC9D9B63 | 11/29/2020 02:07:22 | Blacked | 02/19/2020 | 03/18/2020 | PA0002241617 |
| 29 | Info Hash: 8522AF8724441602FC29F92483F842BC15CA14017<br>File Hash: 531D5C56A4D148A595C7A1E4904FCFED25D0469766BDA1373F9B63A4EA863E8C | 11/27/2020 07:29:30 | Blacked | 09/27/2019 | 10/07/2019 | PA0002205468 |
| 30 | Info Hash: 04455102D027D1C31D4D360E494051E65B5C8226<br>File Hash: EC8000A531367C6B80D3B6E8DA9F5FE8FF84BF69D1003C5D162D6BBEBE8816E5 | 11/10/2020 05:27:55 | Blacked | 03/21/2020 | 04/15/2020 | PA0002246170 |
| 31 | Info Hash: 63264C6E77C5144CE086A8D2FDB7144290EAA0B8<br>File Hash: 73B715F6AC7F506A697AB7F43FE9BF94A157FCB2D43B47BF7A397FD3CA85AD99 | 11/04/2020 10:31:41 | Blacked Raw | 07/01/2019 | 07/17/2019 | PA0002188302 |
| 32 | Info Hash: 4A48C4CE9A84195E87AC51DCED99F96681F63A54<br>File Hash: 1EE2877EAD3FE7B5D89B9BF84DC2DA350F597036172D7F54CC5272EF80848E83 | 11/03/2020 06:29:57 | Blacked Raw | 08/30/2019 | 09/17/2019 | PA0002216138 |
| 33 | Info Hash: F89721A3E61BEEDF15BCF4852084F37A33F2AE8A<br>File Hash: 299F00EDC38A52ED8F057E19292454772B00C3EBE876ADA5A65FCF766870A8E4 | 10/26/2020 03:40:42 | Blacked | 02/09/2019 | 03/11/2019 | PA0002158599 |
| 34 | Info Hash: 9FF80B2839A26436102D5F29181B6B608EAAC14F<br>File Hash: 4CC7CEC8471ED4699BC9D2BE0179EB88AE58A462F40C69DCE230555967CA6910 | 10/26/2020 03:40:09 | Blacked | 07/14/2018 | 08/07/2018 | PA0002131895 |
| 35 | Info Hash: 3ED7E046CA2D13C9C59E5DABEA4D1D270D918BCD<br>File Hash: 585C8CBE8DF045B5C3A53F1CE4E27264640D75F51B1A8EA48DF29BE94BCEE015 | 10/24/2020 02:12:11 | Blacked Raw | 08/31/2020 | 09/05/2020 | PA0002255473 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 3D838164E201609C0AB0083730E849FD7AE66DE5<br>File Hash: E36021F79A849B8E5D6FA2A606416F1D0D8E60FAA328E16DB2C8D33329490989 | 10/24/2020 02:06:08 | Blacked Raw | 10/12/2020 | 10/22/2020 | PA0002261809 |
| 37 | Info Hash: 37843E981F023C4F8A614866482FB097EADB6190<br>File Hash: E3220ED2ACA24FFAB45B969A40C2B53659F98D2F13A0E8C3D2A45D678DE4B327 | 10/21/2020 00:18:30 | Blacked | 10/17/2020 | 11/05/2020 | PA0002263387 |
| 38 | Info Hash: 764279F4D68B28686D211E3B00C130C6031AFD27<br>File Hash: 7A0F7D5F114778A83946B205035D0FF9209D0BB931D6C12251DC0A4F7BBBC67D | 10/20/2020 17:23:13 | Blacked | 01/10/2019 | 02/02/2019 | PA0002155382 |
| 39 | Info Hash: AC0797D21F42B33363930AB90674B243D26BE7476<br>File Hash: C2884F21FFD7B585B594DD011A368E02E02754736805E2406DE854596FDB30DB | 10/11/2020 02:39:57 | Blacked | 10/10/2020 | 10/22/2020 | PA0002261812 |
| 40 | Info Hash: DD6CFFB54ED403DEF8B7C84CA303A48F6DD4E185<br>File Hash: 964466B3B278ACD333BB146B96EC66EB75636A99F0EB13E90C9F5B00131E63E1 | 10/05/2020 02:05:59 | Blacked | 10/03/2020 | 10/22/2020 | PA0002261803 |
| 41 | Info Hash: FEED4D62F14EFED62FAD941167FB225618248803<br>File Hash: A44E37EF51CBEBFE3A95C17EBC952A887FCC9C72E3BF56564D142E7DE148C43B | 10/02/2020 17:47:01 | Blacked | 09/26/2020 | 10/22/2020 | PA0002261801 |